# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 18-11027 MGW | Trustee: | (290380) | Stephen L. Meininger |
| Case Name: | C & B REHAB, LLC | Filed (f) or Converted (c): | 05/20/19 (c) | |
| | | §341(a) Meeting Date: | 06/27/19 | |
| Period Ending: | 09/30/21 | Claims Bar Date: | 04/15/19 | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 42.5 ACRES OF LAND WITH HOME AND BARN Orig. Description: 42.5 acres of land with home and barn, located at 1980 SW 80th Street, Ocala, Florida; Imported from original petition Doc# 14 | 2,200,000.00 | 469,540.31 | | 0.00 | 0.00 |
| 1 | **Assets**     **Totals** (Excluding unknown values) | **$2,200,000.00** | **$469,540.31** | | **$0.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Application To Employ GJB filed on 5/21/19; Order Approving GJB as attorney for Trustee entered on 5/22/19; Motion To Approve Compromise Of Controversy With The Debtor, C&B Rehab, LLC And MidCountry Bank filed on 5/31/19; Order Granting Motion To Approve Compromise Of Controversy With The DebtorAnd MidCountry Bank (Doc. No. 56) entered on 7/15/19; Application To Approve Employment Of Real Estate Agent filed on 7/15/19; Order Approving Application To Approve Employment Of Real Estate Agent entered on 7/18/19; Chapter 7 Trustee's Expedited Motion To Sell Property Of The Estate with Certificate of Neccesity filed on 7/29/19; Notice of Hearing filed on 7/31/19 scheduling a hearing on Chapter 7 Trustee's Expedited Motion To Sell Property Of The Estate on 8/7/19; Chapter 7 Trustee's Motion To Shorten Notice Period Of The Hearing On Chapter 7 Trustee's Expedited Motion To Sell Property Of The Estate filed on 8/1/19; Order Granting Chapter 7 Trustee's Motion To Shorten Notice Period Of The Hearing On Chapter 7 Trustee's Expedited Motion To Sell Property Of The Estate entered 8/6/19; Notice Of Filing Legal Sketches filed on 8/7/19; Order Granting Chapter 7 Trustee's Expedited Motion To Sell Proeprty Of The Estate (Doc. 62) entered on 8/8/19; Any assets of this case are being liquidated through Walhof case;

**Initial Projected Date Of Final Report (TFR):** August 31, 2020     **Current Projected Date Of Final Report (TFR):** June 30, 2021